UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ELMA CLARKE, also known as ELMA DURANT,

               Plaintiff,                               JUDGMENT
                                                      22-CV-3289 (RPK) (PK)

     -against-

MCCABE, WEISBURG & CONWAY, LLC,

               Defendant.
------------------------------------------------------------ X
        A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge,

having been filed on August 1, 2022, dismissing the complaint without prejudice to refiling in

state court if appropriate, *See TransUnion*, 141 S. Ct. at 2224 n.9; and denying leave to amend; it

is

        ORDERED and ADJUDGED that thee complaint is dismissed without prejudice to

refiling in state court if appropriate, *See TransUnion,* 141 S. Ct. at 2224 n.9; and that leave to

amend is denied.

Dated: Brooklyn, NY                                    Brenna B. Mahoney
        August 2, 2022                               Clerk of Court

                                          By: */s/Jalitza Poveda*
                                             Deputy Clerk